IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANDY EARL WASHINGTON, <br> AIS # 156487, <br><br> Petitioner, <br><br> v. <br><br> WARDEN MS. RICHIE, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 2:16-CV-560-WKW <br> [WO] |

## **ORDER**

On May 19, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED; and

2. Washington's 28 U.S.C. § 2241 petition for habeas corpus relief (Doc. # 1) is DISMISSED without prejudice for Washington's failure to exhaust his state court remedies.

A final judgment will be entered separately.

DONE this 19th day of June, 2017.

                           /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE